1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:20-cr-00093-NONE-SKO |
| Plaintiff, | |
| v. | ORDER RELATING AND REASSIGNING CASES |
| JOSE AVALOS-CASTRO, | |
| Defendant. | |
| UNITED STATES OF AMERICA, | No. 1:20-cr-00094-DAD-BAM |
| Plaintiff, | |
| v. | |
| REYNALDO VILLANUEVA, | |
| Defendant. | |
| UNITED STATES OF AMERICA, | No. 1:20-cr-00096-NONE-SKO |
| Plaintiff, | |
| v. | |
| PEDRO DURAN, | |
| Defendant. | |

1

Review of the court record in above-referenced actions reveals that they are related to each other under Local Rule 123.  These actions involve the same or similar parties, properties, claims, events, and/or questions of fact or law.  In addition, the currently assigned district and magistrate judges have not engaged each of the respective actions in any substantial way.  Accordingly, assignment of the actions to the undersigned and to Magistrate Judge Sheila K. Oberto will promote efficiency and economy for the court and parties.

An order relating cases under this court's Local Rule 123 merely assigns them to the same district judge and magistrate judge, and does not consolidate the cases.  Good cause appearing, the court orders that the above-referenced actions are to be reassigned to Unassigned District Judge and U.S. Magistrate Sheila K. Oberto.

Accordingly, all documents filed in the above-referenced actions shall now bear the following case numbers:

**1:20-cr-00093-NONE-SKO**

**1:20-cr-00094-NONE-SKO**

**1:20-cr-00096-NONE-SKO**

IT IS SO ORDERED.

Dated:   **June 19, 2020**              /s/ Dale A. Drozd

UNITED STATES DISTRICT JUDGE