**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
PEDRO DURAN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br><br>PEDRO DURAN,<br><br>　　　　　Defendant. | Case No.: 1:20-CR-00096-NONE-SKO<br><br>**DEFENDANT'S NOTICE OF WAIVER OF PERSONAL APPEARANCE**<br><br>Date: **August 17, 2020**<br>Time: **1:00 p.m.**<br>Courtroom: **7**<br>**Hon. Sheila K. Oberto** |

**TO:　THE HONORABLE COURT AND TO THE ASSISTANT UNITED STATES ATTORNEY:**

　　　Defendant, PEDRO DURAN, hereby waives his right to be present in open Court upon the hearing of any motion or other proceeding in this cause, including but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, except upon arraignment, plea, empanelment of jury and imposition of sentence.

　　　Defendant hereby requests the Court proceed during every absence of which the Court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, Anthony P. Capozzi, the same as if the Defendant was personally present; and further agrees to be present in person in Court ready for trial any day

and hour the Court may fix in his absence.

Defendant further acknowledges that he has been informed of his rights under Title 18, United States Code, section 3161-3174 (Speedy Trial Act), and authorizes his attorney to set times and delays under the Act without Defendant being present.

DATED:   July 9, 2020                       By:   */s/Pedro Duran*
                                                                                               PEDRO DURAN
                                                                                                Defendant

Respectfully submitted,

DATED:   July 9, 2020                       By:   */s/Anthony P. Capozzi*
                                                                                              ANTHONY P. CAPOZZI
                                                                                              Attorney for Defendant PEDRO DURAN

## ORDER

Defendant's request for waiver of appearance is GRANTED in accordance with Rule 43(b) of the Federal Rules of Criminal Procedure.

IT IS SO ORDERED.

Dated:   **July 10, 2020**                              /s/ *Sheila K. Oberto*
                                                                                                       UNITED STATES MAGISTRATE JUDGE