1  **ANTHONY P. CAPOZZI, CSBN: 068525**
   **LAW OFFICES OF ANTHONY P. CAPOZZI**
2  1233 W. SHAW AVE., SUITE 102
   FRESNO, CALIFORNIA 93711
3  PHONE: (559) 221-0200
   FAX: (559) 221-7997
4  EMAIL: Anthony@capozzilawoffices.com
   www.capozzilawoffices.com
5

6  ATTORNEY FOR Defendant,
   PEDRO DURAN
7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10                              * * * * * *

11  UNITED STATES OF AMERICA,            Case No.: 1:20-CR-00096-NONE-SKO

12           Plaintiff,

13       v.                              **STIPULATION AND ORDER TO MODIFY CONDITIONS OF RELEASE**

14

15  PEDRO DURAN,

16           Defendant.

17  **TO:  THE HONORABLE COURT AND TO THE ASSISTANT UNITED STATES ATTORNEY:**
18

19       It is hereby stipulated between the United States of America, by and through its

20  representative, Justin Gilio and the Defendant, Pedro Duran, by and through his attorney of

21  record, Anthony P. Capozzi that release condition #7(n) which requires the Defendant to

22  participate in the location monitoring program with a curfew from 9:00 p.m. to 6:00 a.m. be

23  modified to show that Mr. Duran is no longer required to participate in the location monitoring

24  program with a radio transmitter attached to his person.

25       All other conditions shall remain in full force and effect.

26       United States Pretrial Services Officer Anthony Perez has advised defense counsel that

27  he has no objections to Mr. Duran's request to terminate the location monitoring condition of

28  release.

Accordingly, the parties agree and stipulate that Mr. Duran's conditions of release should be modified as follows: Mr. Duran shall be removed from the location monitoring program forthwith.

**IT IS SO STIPULATED**.

Respectfully submitted,

DATED: May 5, 2021            By: */s/Justin Gilio*
                                   JUSTIN GILIO
                                   Assistant United States Attorney

DATED: May 5, 2021            By: */s/Anthony P. Capozzi*
                                   ANTHONY P. CAPOZZI
                                   Attorney for Defendant PEDRO DURAN

**ORDER**

For the reasons set forth above, the Defendant's conditions of pretrial release shall be modified as follows: The Defendant is no longer required to participate in the location monitoring program with a radio transmitter attached to his person.

All other conditions shall remain in effect.

IT IS SO ORDERED.

Dated: __May 5, 2021__                       /s/ *Barbara A. McAuliffe*
                                             UNITED STATES MAGISTRATE JUDGE