ANTHONY P. CAPOZZI, CSBN: 068525
THE LAW OFFICE OF ANTHONY P. CAPOZZI
1233 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone:     (559) 221-0200
Facsimile:     (559) 221-7997
E-Mail:        Anthony@ capozzilawoffices.com
www.capozzilawoffices.com

Attorney for Defendant,
PEDRO DURAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\*\*\*\*\*\*

| | |
|---|---|
| | ) CASE NO.: 1:20-CR-00096-JLT-SKO |
| | ) |
| | ) |
| UNITED STATES OF AMERICA. | ) **STIPULATION AND ORDER TO RESET** |
| | ) **REVOCATION PROCEEDINGS.** |
| Plaintiff, | ) |
| | ) Date:        November 18, 2022 |
| v. | ) Time:        2:00 pm |
| | ) Courtroom:   8 |
| PEDRO DURAN, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| _____ | ) |

TO THE HONORABLE COURT AND TO THE ASSISTANT UNITED STATES

ATTORNEY:

Defendant, United States Attorney, by and through Antonio Pataca and Defendant, Pedro

Duran, by and through his Attorney, Anthony P. Capozzi hereby stipulate to reset the Pre-Trial

Violation Petition date from November 18, 2022, to November 17, 2022, at 2:00 pm.

**IT IS SO STIPULATED**.

DATED:      November 16, 2022,      BY: */s/ Antonio Pataca*_____
                                    ANTONIO PATACA
                                    Assistant United States Attorney

DATED:      November 16, 2022,      BY: */s/ Anthony P. Capozzi*_____
                                    ANTHONY P. CAPOZZI, Attorney for
                                    PEDRO DURAN

### <u>ORDER</u>

Based upon the Stipulation of the parties the Pre-Trial Violation Petition hearing date of November 18, 2022, is vacated and reset for November 17, 2022, at 2:00 pm before Magistrate Judge Barbara A. McAuliffe.

IT IS SO ORDERED.

Dated:   **November 16, 2022**          /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE