PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
ANTONIO J. PATACA
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>PEDRO DURAN,<br><br>    Defendant. | CASE NO. 1:20-CR-00096-JLT-SKO<br><br>STIPULATION TO VACATE TRIAL AS TO ADRIAN LOPEZ AND SET CASE FOR CHANGE OF PLEA AND ORDER THEREON<br><br>Court: Hon. Jennifer L. Thurston |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a trial on May 9, 2023, at 8:30 a.m.

2. By this stipulation, defendant now moves to vacate the trial and to **set the case for a change of plea hearing on May 1, 2023 at 10:00 a.m.** before the Hon. Jennifer L. Thurston. The proposed change of plea date represents the earliest date that all counsel are available, taking into account counsels' schedules, defense counsels' commitments to other clients, and the court's available dates for a change of plea hearing. In addition, the public health concerns cited by General Orders 611, 612, 617, 618, and 620 and subsequent general orders presented by the evolving COVID-19 pandemic, an ends-of-justice delay is particularly apt in this case because counsel or other relevant individuals have been encouraged to telework and minimize personal contact to the greatest extent possible.

3. The parties note that time has already been excluded beyond May 1, 2023, and therefore

STIPULATION TO CONTINUE                      1

...

no further exclusion of time is necessary.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  March 27, 2023                         PHILLIP A. TALBERT
                                               United States Attorney

                                               By:  /s/ JUSTIN J. GILIO
                                                    JUSTIN J. GILIO
                                                    Assistant United States Attorney

Dated: March 27, 2023                          /s/ *Anthony Capozzi*
                                               Attorney for Defendant Pedro Duran

## **O R D E R**

IT IS SO ORDERED.

Dated:   **March 27, 2023**                    [signature: Jennifer L. Thurston]
                                               UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE                                       2