PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
ANTONIO J. PATACA
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00096-JLT-SKO |
|---|---|
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| PEDRO DURAN, | |
| Defendant. | |

On May 18, 2023, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(a), based upon the plea agreement entered into between plaintiff and defendant Pedro Duran, forfeiting to the United States the following property:

   a.  $6,950.00 of the approximately $8,800.00 in U.S. Currency.

Beginning on September 12, 2023, for at least thirty (30) consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The United States sent direct written notice by certified mail to the following individuals known to have a potential interest in the property:

    a. Sylvia Cisneros:  A notice letter was sent via certified mail to Sylvia Cisneros through her attorney Anthony P. Capozzi at 1233 W. Shaw Avenue, Suite 102, Fresno, CA 93711 on August 11, 2023.  The certified mail envelope was returned to the U.S. Attorney's Office marked as "Vacant, Unable to Forward."

    b. Sylvia Cisneros:  A notice letter was sent via certified mail to Sylvia Cisneros through her attorney Anthony P. Capozzi at 1233 W. Shaw Avenue, Suite 102, Fresno, CA 93711 on November 8, 2023.  The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed and returned to the U.S. Attorney's Office on November 13, 2023.

    c. Joaquin Angel Cisneros:  A notice letter was sent via certified mail to Joaquin Angel Cisneros at 4691 E. McKenzie Avenue, Fresno, CA 93702-2550 on August 11, 2023.  The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed by Joaquin Cisneros on August 16, 2023.

    d. Sarah Phavong:  A notice letter was sent via certified mail to Sarah Phavong at 4691 E. McKenzie Avenue, Fresno, CA 93702-2550 on August 11, 2023.  The certified mail envelope was returned to the U.S. Attorney's Office marked as "Unclaimed."

    e. Sarah Phavong: A notice letter was sent via certified mail to Sarah Phavong at 4762 E. Orleans Avenue, Fresno, CA 93702-4712 on August 11, 2023.  The certified mail envelope was returned to the U.S. Attorney's Office with a forwarding address of 159 W. Minarets Ave, Fresno, CA 93650-1129.

    f. Sarah Phavong:  A notice letter was sent via certified mail to Sarah Phavong at 159 W. Minarets Ave, Fresno, CA 93650-1129 on August 28, 2023.  The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed on August 30, 2023.

The Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the below-listed property pursuant to 21 U.S.C. § 853(a), including all right, title, and interest of Pedro Duran, Sylvia Cisneros, Joaquin Angel Cisneros, and Sarah Phavong:

    a. $6,950.00 of the approximately $8,800.00 in U.S. Currency.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

4. Within sixty (60) days from entry of a Final Order of Forfeiture forfeiting the above-listed property, the U.S. Marshals Service shall return $1,850.00 of the approximately $8,800.00 in U.S. Currency to defendant Pedro Duran and Sylvia Cisneros, through their attorney Anthony P. Capozzi.

IT IS SO ORDERED.

Dated:   **January 8, 2024**

_____
UNITED STATES DISTRICT JUDGE